IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO, | 1:11-cv-02003-JLT (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| F. GONZALEZ, et al., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Plaintiff is advised that the Court has granted him forma pauperis status repeatedly in the past. In at least three of these prior actions, the Court has dismissed these actions as frivolous. Thus, Plaintiff will be permitted to proceed in forma pauperis in this action only in very limited circumstances. The form attached hereto explains those circumstances. Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff **SHALL** submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall

-1-

1  submit a certified copy of his/her prison trust statement for the six month period immediately
2  preceding the filing of the complaint.
3  **Failure to comply with this order will result in dismissal of this action.**
4  IT IS SO ORDERED.
5  Dated:   **December 8, 2011**                                      /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE